1    Judith B. Jennison, Bar No. 36463
JJennison@perkinscoie.com

2    PERKINS COIE LLP
1201 Third Avenue, Suite 4900

3    Seattle, WA  98101-3099
Telephone:  206.359.8000

4    Facsimile:  206.359.9000

5    Attorneys for Defendant
Microsoft Corporation

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN FRANCISCO DIVISION

11

12    ANTONIO MEDINA,    Case No. 3:14-cv-00143-RS

13    Plaintiff,    **STIPULATION TO CONTINUE CASE DEADLINES AND [~~PROPOSED~~] ORDER**

14    v.

15    MICROSOFT CORPORATION, et al.,

16    Defendants.

17

18    WHEREAS, Dr. Medina filed a First Amended Complaint ("FAC") in this case on March

19    21, 2014, asserting causes of action for patent infringement, unfair competition, and interference

20    with prospective economic advantage;

21    WHEREAS Microsoft responded to the Complaint by filing a motion to dismiss Dr.

22    Medina's claims for unfair competition and interference pursuant to Fed. R. Civ. Proc. 12(b)(6)

23    on April 10, 2014;

24    WHEREAS the Court granted Microsoft's motion on May 23, 2014, granting Dr. Medina

25    leave to amend the complaint within thirty days (by or before June 23, 2014);

26    WHEREAS Microsoft's deadline for responding to Dr. Medina's patent infringement

27    claim falls on June 6, 2014;

28

1    WHEREAS Dr. Medina has represented to Microsoft that he intends to file a second
2    amended complaint including claims for patent infringement as well as amended unfair
3    competition and interference claims;

4    WHEREAS Microsoft's answer to the patent count in the FAC will be moot if Dr. Medina
5    files a second amended complaint;

6    WHEREAS the parties desire to minimize unnecessary pleadings practice;

7    NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree as
8    follows:

9    1.  If Dr. Medina files a Second Amended Complaint by June 23, 2014, Microsoft's
10       responsive pleading will be due on July 14, 2014.  Microsoft will not be required to
11       respond to the patent count in the First Amended Complaint as that count will be
12       moot.

13   2.  If Dr. Medina does not file a Second Amended Complaint by June 23, 2014, Microsoft
14       shall file its Answer or Answer and Counterclaim to the patent count in the First
15       Amended Complaint by July 14, 2014.

16

17   DATED:  June 6, 2014                    By: _____
18                                               Antonio Medina
19                                               Plaintiff
                                                 Antonio Medina

20   DATED:  June 6, 2014                    PERKINS COIE LLP

21                                           By:   /s/ Judith B. Jennison
22                                                 Judith B. Jennison
                                                   Attorneys for Defendant
23                                                 Microsoft Corporation

24

25

26

27

                                            STIPULATION TO CONTINUE CASE DEADLINES
28                                                        AND [PROPOSED] ORDER
                                                              3:14-cv-00143-RS

LEGAL121682072.2

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, AND WITH GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1. If Dr. Medina files a Second Amended Complaint by June 23, 2014, Microsoft's responsive pleading will be due on July 14, 2014. Microsoft will not be required to respond to the patent count in the First Amended Complaint as that count will be moot.

2. If Dr. Medina does not file a Second Amended Complaint by June 23, 2014, Microsoft shall file its Answer or Answer and Counterclaim to the patent count in the First Amended Complaint by July 14, 2014.

DATED: June 9, 2014    _____

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE