IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTONIO MEDINA,

        Plaintiff,

  v.

MICROSOFT CORPORATION, et al.,

        Defendants.
_____/

No. C 14-00143 RS

**CASE MANAGEMENT SCHEDULING ORDER**

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 12, 2014. After considering the Joint Case Management Statement submitted by the parties and consulting with the plaintiff, appearing pro se, and with the attorney of record for defendants and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    SETTLEMENT CONFERENCE. The parties are hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next 120 days.

    2.    DISCOVERY DISPUTES.

CASE MANAGEMENT SCHEDULING ORDER

This matter was previously referred to Magistrate Judge Corley for any discovery disputes. All further discovery matters shall be filed pursuant to Judge Corley's procedures, after the parties have met and conferred.

3. **FURTHER CASE MANAGEMENT CONFERENCE.** A Further Case Management Conference shall be held on **August 14, 2014 at 11:45 a.m.** The parties shall appear telephonically at that time. Defendants' counsel shall coordinate with plaintiff to telephone him directly at that time and then connect the parties via conference call to chambers at (415) 522-4120.

IT IS SO ORDERED.

DATED:   June 12, 2014

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2