United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTONIO MEDINA,

        Plaintiff,

   v.

MICROSOFT CORPORATION, et al.,

        Defendants.
_____/

No. C 14-0143 RS

**ORDER DIRECTING THE U.S. MARSHAL TO SERVE DEFENDANT CYRUS BAMJI**

In an order issued January 16, 2014, the court granted plaintiff Antonio Medina's request to proceed in forma pauperis and ordered the U.S. Marshal to serve defendants Microsoft Corporation and Cyrus Bamji. (ECF No. 5). According to a document filed the following month, the United States Marshal Service served the summons, complaint, and other documents on "Anthony, Criminal Complaint Specialist," at Microsoft headquarters in Mountain View on February 10, 2014. (ECF No. 9). It appears that "Anthony" was served on behalf of both defendants.

Defendant Bamji has not appeared in this action. In a letter dated March 19, 2014, Medina requested that the Marshal re-attempt service. (ECF No. 23). Microsoft, Bamji's employer, has since taken the position that Medina has not effected service on Bamji. (*See* Case Management Statement, ECF No. 39, 1:25-27).

It appears that the prior attempt to serve defendant Bamji may have been inadequate. Accordingly, and in light of plaintiff's in forma pauperis status, it is hereby ordered that the U.S.

United States District Court
For the Northern District of California

Marshal for the Northern District of California serve, without prepayment of fees, a copy of the summons, the Second Amended Complaint (ECF No. 59), the case management scheduling order (ECF No. 56), and this order (ECF No. 63) upon defendant Cyrus Bamji.

IT IS SO ORDERED.

Dated: 7/2/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE