IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MEDINA, | No. C -14-00143 RS (EDL) |
| Plaintiff, | **ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT** |
| v. | |
| MICROSOFT CORPORATION, ET AL., | |
| Defendant. | |

Plaintiff being in need of counsel to assist him/her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Antonio Medina shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Form to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for:

    [ ] all purposes for the duration of the case

    [X] the limited purpose of representing the litigant in the course of:

        [ ] mediation

        [ ] early neutral evaluation

    [X] settlement conference

        [ ] briefing and [ ] hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

        [ ] discovery as follows: _____

        [ ] other: _____

2. Upon being notified by the Project that an attorney has been located to represent Plaintiff, that attorney shall be appointed as counsel for Antonio Medina in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

**IT IS SO ORDERED.**

Dated: August 14, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge