UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO MEDINA,

        Plaintiff(s),                         No. C 14-143 RS (EDL)

    v.                                      NOTICE OF CONTINUANCE
                                            OF SETTLEMENT CONFERENCE

MICROSOFT CORPORATION, et al.

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for September 24, 2014, in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 **has been continued until November 10, 2014 at 9:30 a.m.**

Settlement Conference statements, if not previously submitted, are due October 27, 2014 (10 court days before the conference). All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: August 28, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge