Judith B. Jennison, Bar No. 165929
JJennison@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant
Microsoft Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO MEDINA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:14-cv-00143-RS<br><br>**STIPULATION TO CONTINUE CASE DEADLINES AND [~~PROPOSED~~] ORDER** |

　　　　WHEREAS, Dr. Medina filed a Second Amended Complaint ("SAC") with this Court's approval and pursuant to a stipulation of the parties on June 18, 2014, asserting causes of action for patent infringement, unfair competition and business practices;

　　　　WHEREAS Microsoft responded to the Second Amended Complaint by filing a motion to dismiss Dr. Medina's claims under § 17200 and § 17043 of the Cal. Bus. & Prof. Code on July 14, 2014;

　　　　WHEREAS the Court granted Microsoft's motion on August 26, 2014, granting Dr. Medina leave to amend the complaint within thirty days (by or before September 25, 2014);

　　　　WHEREAS Microsoft's deadline for responding to Dr. Medina's patent infringement claim falls on September 9, 2014;

WHEREAS Dr. Medina has represented to Microsoft that he intends to file a third amended complaint including claims for patent infringement as well as amended unfair business practices claims;

WHEREAS Microsoft's answer to the patent count in the SAC will be moot if Dr. Medina files a third amended complaint;

WHEREAS the parties desire to minimize unnecessary pleadings practice;

NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree as follows:

1. If Dr. Medina files a Third Amended Complaint by September 25, 2014, Microsoft's responsive pleading will be due on October 16, 2014. Microsoft will not be required to respond to the patent count in the Second Amended Complaint as that count will be moot.

2. If Dr. Medina does not file a Third Amended Complaint by September 25, 2014, Microsoft shall file its Answer or Answer and Counterclaim to the patent count in the Second Amended Complaint by October 16, 2014.

DATED: September 4, 2014       By: _____
                                   Antonio Medina
                                   Plaintiff
                                   Antonio Medina

DATED: September 4, 2014       PERKINS COIE LLP

                               By:   /s/ Judith B. Jennison
                                     Judith B. Jennison

                                     Attorneys for Defendant
                                     Microsoft Corporation

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, AND WITH GOOD CAUSE APPEARING, IT IS ORDERED THAT:**

1. If Dr. Medina files a Third Amended Complaint by September 25, 2014, Microsoft's responsive pleading will be due on October 16, 2014.  Microsoft will not be required to respond to the patent count in the Second Amended Complaint as that count will be moot.

2. If Dr. Medina does not file a Third Amended Complaint by September 25, 2014, Microsoft shall file its Answer or Answer and Counterclaim to the patent count in the Second Amended Complaint by October 16, 2014.

DATED: _9/5_____, 2014            _____
                                  THE HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE