UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO MEDINA,
   Plaintiff,
  v.

MICROSOFT CORPORATION, et al.,
   Defendants.

Case No. 14-cv-00143-RS   (EDL)

**ORDER APPOINTING COUNSEL**

Because Plaintiff is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, John Worden and Meghan McMeel of Schiff Hardin LLP, 1 Market Spear St Tower 32 floor, San Francisco, CA 94105 is hereby appointed as counsel for Defendant in this matter. The scope of this referral shall be for the limited purpose of representing the litigant in the course of the settlement conference. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: September 11, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge