1    Judith B. Jennison, Bar No. 165929
     JJennison@perkinscoie.com
2    PERKINS COIE LLP
     1201 Third Avenue, Suite 4900
3    Seattle, WA  98101-3099
     Telephone:  206.359.8000
4    Facsimile:  206.359.9000

5    Attorneys for Defendant
     Microsoft Corporation

6

7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12    ANTONIO MEDINA,                Case No. 3:14-cv-00143-RS

13             Plaintiff,       **STIPULATION TO CONTINUE CASE**
                                  **DEADLINES AND [PROPOSED] ORDER**

14       v.

15    MICROSOFT CORPORATION, et al.,

16             Defendants.

17

18       WHEREAS the parties wish to extend Microsoft's current deadline for responding to Dr.

19 Medina's Third Amended Complaint until after the parties' settlement conference scheduled for

20 November 10 to avoid potentially unnecessary motion practice;

21       NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree as

22 follows:

23           Microsoft's deadline to file a responsive pleading or motion to dismiss Dr.

24           Medina's Third Amended Complaint is extended from October 16, 2014

25           to December 5, 2014.

26

27

28

   **STIPULATION TO CONTINUE CASE
DEADLINES AND [PROPOSED] ORDER**
3:14-cv-00143-RS

DATED:  October 2, 2014

SCHIFF HARDIN LLP

By:

Meghan R. McMeel

Attorneys for Plaintiff
Antonio Medina

DATED:  October 2 , 2014

PERKINS COIE LLP

By:

Judith B. Jennison

Attorneys for Defendant
Microsoft Corporation

**IT IS SO ORDERED.**

DATED: 10/3 , 2014

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE