IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANTONIO MEDINA,

    Plaintiffs,

  v.

MICROSOFT CORPORATION,
CYRUS BAMJI,

    Defendants.

No. C 14-00143 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 5, 2015**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 8, 2015, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/10/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 14-00143 RS
STANDBY ORDER OF DISMISSAL