UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ANTONIO MEDINA, | Case No. 3:14-cv-00143-RS |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE |
| v. | |
| MICROSOFT CORPORATION, et al., | |
| Defendants. | |

The parties have advised the Court that the dispute has been resolved, and have filed a Stipulation to Dismiss with Prejudice.

IT IS HEREBY ORDERED that the Stipulation is approved and that all claims asserted in the action are dismissed with prejudice, each side to bear its own costs and attorneys' fees.

DATED: 1/5/, 2015

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE