UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MEDINA,<br><br>　　　　　Plaintiff,<br>vs.<br>MICROSOFT CORPORATION, et al.<br><br>　　　　　Defendants. | Case No. 3:14-cv-00143-RS<br><br>**[PROPOSED] ORDER** |

The ORDER RE: DEFENDANT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER Re: Dkt. No. 77, filed on August 7, 2014, is stricken in its entirety.

1. Paragraph B, beginning on page 2, line 19 and continuing to page 3 line 19 of the ORDER RE: DEFENDANT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER Re: Dkt. No. 77 is stricken.

2. MICROSOFT'S NOTICE OF MOTION AND MOTION FOR ENTRY OF PROTECTIVE ORDER, Re: Dkt. No. 53 filed on June 11, 2014, is stricken in its entirety.

3. Paragraph B, beginning on page 5, line 13, and continuing to page 7 line 9 of MICROSOFT'S NOTICE OF MOTION AND MOTION FOR ENTRY OF PROTECTIVE ORDER, Re: Dkt. No. 53 is stricken.

4. The above-identified documents, Dkt. No. 53 and 77, are ordered sealed.

5. The custodians of records for the following entities, and any other custodian of records where the above documents are re-published, are ordered to remove them from their website: www.leagle.com; www.casemine.com; www.casetext.com; www.docketbird.com; www.findlaw.com; www.law360.com; www.versuslaw.com; www.justia.com; www.casemakerx.com; https://scholar.google.com and to take whatever steps necessary to prevent the further publication of said document.

IT IS SO ORDERED

Dated: _____, 2020

_____
Hon. Richard Seeborg
United States District Judge　RSpo@cand.uscourts.gov

1.