Antonio Medina
PO Box 361361
Milpitas, CA 95036
Tel: (714) 248-5689
In pro per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO MEDINA,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, et al.<br><br>Defendants. | Case No. 3:14-cv-00143-RS<br><br>**PROOF OF SERVICE**<br><br>Judge: Honorable Richard Seeborg |

On this date a true copy of

**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE AND SEAL; DECLARATION AND PROPOSED ORDER**

was served by email per agreement of the parties to the following addressee:

jjennison@perkinscoie.com

Judith Jennison

1201 Third Avenue, Suite 4900

Seattle, WA 98101-3099

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 2, 2020         By: _____
                                                            Antonio Medina