Antonio Medina
PO BOX 361361
Milpitas, CA 95036
Tel: (408) 365-4329
Email: octopusete@hotmail.com
Pro se

RECEIVED

NOV 0 6 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of Court
U. S. District Court
450 Golden Gate Avenue, 16th floor
San Francisco, CA 94102

November 2, 2020

Re: No. CV 14-00143 RS

Dear Clerk,

Please find enclosed for filing (original and one copy):

- **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE AND SEAL**
- **DECLARATION OF DR. ANTONIO MEDINA IN SUPPORT OF MOTION TO STRIKE AND SEAL**
- **PROPOSED ORDER**
- **PROOF OF SERVICE**

Thank you,

ANTONIO MEDINA
Plaintiff in pro per