Judith B. Jennison, Bar No. 165929
JJennison@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Andrew Ohlert, Bar No. 306443
AOhlert@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7183
Facsimile: 415.344.7383

*Attorneys for Defendant Microsoft Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO MEDINA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, et al,<br><br>        Defendants. | Case No. 3:14-cv-00143-RS<br><br>**DECLARATION OF JUDITH B. JENNISON IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE AND SEAL**<br><br>Judge:    Hon. Richard Seeborg<br>Hearing: December 17, 2020<br>Time:     1:30 p.m. |

I, Judith B. Jennison, hereby declare as follows:

1.  I am a partner with the law firm Perkins Coie LLP and am admitted to practice before the courts of the State of California and before this Court. I am counsel for Defendant Microsoft Corporation in this action. I make this declaration based upon my personal knowledge and could competently testify to the matters below if called to do so.

2.  Attached as Exhibit A is a true and correct copy of the email I sent to Plaintiff on November 3, 2020 regarding his intent to file a motion to strike.

3. Attached as Exhibit B is a true and correct copy of the email I sent to Plaintiff on March 23, 2017 regarding his request to stipulate to seal the record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2020 in Seattle, Washington.

*/s/ Judith B. Jennison*
Judith B. Jennison
