# EXHIBIT A

| From: | Jennison, Judy (SEA) |
|---|---|
| To: | AN TONIO |
| Cc: | Baron, Lauren L. (SEA) |
| Subject: | RE: Medina v Microsoft |
| Date: | Tuesday, November 3, 2020 5:38:00 PM |

Dear Dr. Medina,

I have received your email from Sunday evening.
- I do not recall discussing a motion to strike previously.
- Microsoft does not consent to your motion or it being brought *ex parte*. Microsoft will have an opportunity to file a response to any pleadings you file. Accordingly, the second sentence of paragraph #3 in your declaration is inaccurate and I suggest that you change it to this: "She indicated that Microsoft did not consent to the motion or it being filed *ex parte*."

Finally, I note that your email references a notice of motion, motion to strike, and proposed order that you did not provide. The only attachments were a proof of service and a declaration.

Best,
Judy

**Judy Jennison | Perkins Coie LLP**
PARTNER
1201 Third Avenue Suite 4900
Seattle, WA 98101-3099
D. +1.206.359.3489
F. +1.206.359.4489
C. +1.425.736.8666
E. JJennison@perkinscoie.com
Pronouns: she, her and hers

**Read our Commitment to Racial Equality: www.perkinscoie.com/racialequality**

---

**From:** AN TONIO <medina_nasa@hotmail.com>
**Sent:** Sunday, November 1, 2020 11:53 PM
**To:** Jennison, Judy (SEA) <JJennison@perkinscoie.com>
**Subject:** Medina v Microsoft

Hi Ms. Jennison,
We talked about this motion some time ago.
I am serving you what I will file next week.
Antonio Medina