# EXHIBIT B

| From: | Jennison, Judy (SEA) |
|---|---|
| Sent: | Thursday, March 23, 2017 9:40 PM |
| To: | 'AN TONIO' |
| Subject: | RE: Medina v Microsoft |

Dear Antonio,

We think a motion to seal any part of the record in this case is inappropriate, particularly at this late date. However, if you are determined to proceed, you may inform the Court in your motion that you consulted Microsoft, and that while Microsoft does not believe it is appropriate to seal any part of the record, Microsoft is amenable to the Court rendering a decision *ex parte*.

Best,
Judy

**Judy Jennison** | **Perkins Coie LLP**
PARTNER
D. +1.206.359.3489
C. +1.425.736.8666

**From:** AN TONIO [mailto:medina_nasa@hotmail.com]
**Sent:** Thursday, March 23, 2017 9:59 AM
**To:** Jennison, Judy (SEA)
**Subject:** Re: Medina v Microsoft

In that event, will you oppose my motion?
Antonio

On Thu, Mar 23, 2017 at 9:46 AM, Jennison, Judy (Perkins Coie) <JJennison@perkinscoie.com> wrote:

Hi Antonio,


No, Microsoft won't stipulate to seal any portion of the record.


Best,

Judy


**Judy Jennison** | **Perkins Coie LLP**

PARTNER

D. +1.206.359.3489

C. +1.425.736.8666

---

**From:** AN TONIO [mailto:medina_nasa@hotmail.com]
**Sent:** Thursday, March 23, 2017 9:11 AM
**To:** Jennison, Judy (SEA)
**Subject:** Medina v Microsoft

**Hi Judy,**
**Can you please tell me if your clients would stipulate to sealing this case pleadings and orders, in whole or in part.**
**Thank you,**
**Antonio Medina**