Antonio Medina
PO BOX 361361
Milpitas, CA 95036
Pro se

Clerk of Court
U. S. District Court
450 Golden Gate Avenue, 16th floor
San Francisco, CA 94102

November 25, 2020

Re: No. CV 14-00143 RS

**RECEIVED**

NOV 27 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk,

Please find enclosed for filing (original and one copy):

- **PLAINTIFF'S REPLY TO OPPOSITION TO MOTION TO STRIKE AND SEAL**
- **DECLARATION OF DR. ANTONIO MEDINA IN REPLY**
- With **PROOF OF SERVICE**

Thank you,

ANTONIO MEDINA
Plaintiff in pro per