Antonio Medina
PO BOX 361361
Milpitas, CA 95036



Clerk of Court
U. S. District Court
450 Golden Gate Avenue, 16th floor
San Francisco, CA 94102

INSPECTED BY
NOV 27 2020
U.S. MARSHALS SERVICE